IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES SAMUEL JOHNSON, JR.                              PLAINTIFF

v.                            Civil No. 4:19-cv-04136

SERGEANT GRIFFIE, ET AL                              DEFENDANTS

## **ORDER**

Currently pending before the Court are two motions filed by Plaintiff, Charles Samuel Johnson, Jr.:

- Plaintiff's Motion to Ask for Motion Time to Complete Discovery (ECF No. 20);

  and,

- Plaintiff's Motion to Subpoena/Request Documents (ECF No. 21).

The Court finds that Plaintiff's Motion to Ask for Motion Time to Complete Discovery (ECF No. 20) should be, and hereby is, **GRANTED**. The time within which discovery should be completed is **extended to June 1, 2020**.

The Court finds that Plaintiff's Motion to Subpoena/Request Documents (ECF No. 21) should be, and hereby is, **DENIED,** as Plaintiff is seeking written discovery from a non-party.

IT IS SO ORDERED this 22nd day of April 2020.

                                                             /s/ Barry A. Bryant
                                                             HON. BARRY A. BRYANT
                                                             UNITED STATES MAGISTRATE