IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES SAMUEL JOHNSON, JR.                                                   PLAINTIFF

v.                                    Civil No. 4:19-cv-04136

SERGEANT GRIFFIE, ET AL                                                       DEFENDANTS

## **ORDER**

Currently pending before the Court are two motions filed by Plaintiff, Charles Samuel Johnson, Jr.: Plaintiff's Motion to Compel (ECF No. 28); and, Plaintiff's Motion for Extension of Time to Complete Discovery (ECF No. 29). The Defendants have responded to Plaintiff's Motion to Compel. (ECF No. 30).

Having reviewed the Defendants' Response to Plaintiff's Motion to Compel (ECF No. 30), the Court finds that at this time Defendants have fully responded to Plaintiff's discovery requests to the extent possible. The Defendants are directed to fully supplement their discovery responses if photographs or additional medical records are discovered.

Accordingly, the Court finds that Plaintiffs' Motions (ECF No. 28, 29) should be, and hereby are, DENIED.

IT IS SO ORDERED this 20th day of May 2020.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE

1