IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES SAMUEL JOHNSON, JR.                                          PLAINTIFF

v.                                      Civil No. 4:19-cv-04136

SERGEANT GRIFFIE, ET AL                                             DEFENDANTS

## ORDER

Currently pending before the Court is Plaintiff's Motion to Compel. (ECF No. 43). The Defendants have responded to the Motion. (ECF No. 44). This is the third similar Motion to Compel filed by Plaintiff in this matter.

Having reviewed the Defendants' Response to Plaintiff's Motion to Compel (ECF No. 44), the Court again finds that at this time Defendants have fully responded to Plaintiff's discovery requests to the extent possible. The Defendants are again directed to fully supplement their discovery responses if additional information is discovered. However, the period for additional discovery is closed at this time, as there is a summary judgment motion pending.

Accordingly, the Court finds that Plaintiff's Motion (ECF No. 43) should be, and hereby is, DENIED.

IT IS SO ORDERED this 24th day of July 2020.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE