IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES SAMUEL JOHNSON, JR.                                                         PLAINTIFF

v.                                         Civil No. 4:19-CV-04136

SERGEANT GRIFFIE, et al.                                                            DEFENDANTS

**ORDER**

Plaintiff filed his Motion for Leave to Appeal *In Forma Pauperis* (IFP) on April 26, 2021. (ECF No. 53). The IFP application is **GRANTED**. Pursuant to the Prison Litigation Reform Act, the **Clerk** is directed to collect the $505 filing fee from the Plaintiff.

**IT IS SO ORDERED**, this 27TH day of April 2021.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE